# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**CHRISTOPHER JOSEPH QUAGLIN,**<br>            **Defendant.** | MAGISTRATE NO. 21-mj-355 (ZMF) |

## ORDER

Upon consideration of the Government's Motion for Emergency Stay and for Review and Appeal of a Release Order as to defendant Christopher Joseph Quaglin,

It is this 7th day of April, 2021,

**ORDERED,** that the Government's Motion for Emergency Stay and for Review and Appeal of a Release Order, ECF No. 2, is hereby **GRANTED** and the release order entered by the District of New Jersey Magistrate Judge on April 7, 2021 as to defendant Christopher Joseph Quaglin is **STAYED** pending review of the detention decision by this Court.

_____
BERYL A. HOWELL
Chief Judge