# UNITED STATES DISTRICT COURT
for the
District of Columbia

United States of America
v.
Christopher Joseph Quaglin

*Defendant*

)
) Case: 1:21-mj-00355
) Assigned To : Faruqui, Zia M.
) Assign. Date : 4/6/2021
) Description: COMPLAINT W/ ARREST WARRANT
)
)

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*     Christopher Joseph Quaglin,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 111(b) - Assaulting, Resisting, or Impeding Certain Officers or Employees;
18 U.S.C. § 231(a)(3) - Civil Disorder;
18 U.S.C. § 1512(c)(2) - Obstruction of Official Proceeding.

Date: 04/06/2021

2021.04.06
10:54:28 -04'00'

*Issuing officer's signature*

City and state:  Washington, D.C.    Zia M. Faruqui, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 4/6/21, and the person was arrested on *(date)* 4/7/21
at *(city and state)* North Brunswick, NJ.

Date: 4/7/21

*Arresting officer's signature*

Benjamin Fulp / Special Agent
*Printed name and title*