UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA :
:
:
v. : Criminal No. 21-MJ-355
:
:
CHRISTOPHER JOSEPH QUAGLIN, :
:
Defendant. :

# GOVERNMENT'S
# SUPPLEMENTAL MEMORANDUM
# IN SUPPORT OF PRE-TRIAL DETENTION

Pursuant to the minute order issued by the court earlier today, the United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully submits this supplemental memorandum in support of its motion that the defendant, Christopher Joseph Quaglin, be detained.[1]

The government submitted the following video exhibits to the court:

1. **Exhibit A** - Exhibit A is body worn camera ("BWC") footage from around 1:37 p.m. showing Quaglin threatening the officers and shaking the dividing fence.

   o Around 20 seconds into the video, it shows Quaglin approaching the police line separated by the fence and engaging with the MPD Officers at the line. Seemingly unprovoked, around a minute and 20 seconds into the video, Quaglin shouts the following statements towards the MPD Officers: "You don't want this fight. You do not want this fucking fight. You are on the wrong fucking side. You're going to bring a fucking pistol, I'm going to bring a fucking cannon. You wait! You wait! You

---

[1] Unfortunately, the undersigned was in witness meetings for an upcoming trial most of the day and did not see the minute order until 5:10 p.m. As such, the undersigned was unable to comply with the request to file this supplemental memorandum by 5 p.m.

1

wait! Stay there like a fucking sheep! This guy doesn't know what the fuck is going on." Several seconds later, Quaglin grabs onto the fence and appears to shake it and push against it while the MPD Officers are on the other side of the fence.

2. **Exhibit B -** Exhibit B is a video of the crowd believed to taken by a USCP officer around 2:11 p.m. showing Quaglin shoving a USCP officer.

    o At the beginning of the video, Quaglin can be seen yelling at a USCP officer guarding the perimeter of the Capitol, as indicated by the added red box around him. At 10 seconds into the video, Quaglin is visible shoving a USCP officer. Directly to the right of Quaglin, in a black hat and sunglasses, is Nordean (also within the same red box), who grabs Quaglin by the shoulder after the push.

3. **Exhibit C -** Exhibit C is a video of the crowd believed to taken by a USCP officer around 2:14 p.m. It shows Quaglin repeatedly shoving multiple officers, including by grabbing one officer near the neck.

    - At 21 seconds in the video, Quaglin walks through the crowd and approaches the USCP Officers located at the police line. At 24 seconds in the video, Quaglin then begins to verbally engage a USCP Officer (USCP Officer 1). Quaglin continues to get closer to USCP Officer 1 while appearing increasingly agitated and pointing his finger towards that USCP Officer 1.

    o At 28 seconds in the video, Quaglin then proceeds to hold and push USCP Officer 1 by the neck, which appeared to contribute to USCP Officer 1 starting to fall. Members of the crowd and other officers then begin fighting briefly and then separate.

    o At 1 minutes and 8 seconds in the video, Quaglin (within an added red box) pushes another USCP officer and picks up something. Quaglin appears to be yelling at the officers and shaking a glove at them.

    o At 1 minute and 21 seconds in the video, another USCP Officer (USCP Officer 2) pushes Quaglin back (as shown within an added red box).

    o At 1 minute and 44 seconds in the video, as numerous rioters are being moved back by law enforcement officers, Quaglin appears to physically strike and shove USCP Officer 2 (as shown within an added red box).

    o At 1 minute 55 seconds in the video and again at 2 minutes 11 seconds

2

into the video, Quaglin appears to begin yelling at the officers again (as shown within an added red box).

- At 2 minutes and 17 seconds into the video, Quaglin then again physically pushes USCP Officer 2 (as shown within an added red box).

- At 2 minutes and 21 seconds into the video, Quaglin then pushes a different USCP officer multiple times (as shown within an added red box).

- At 2 minutes and 36 seconds into the video, Quaglin then walks towards another USCP Officer and physically pushes and wrestles with that USCP Officer (as shown within an added red box).

4. **Exhibit D** - Exhibit D is a video of the crowd believed to taken by a USCP officer around 2:17 p.m. It shows Quaglin and other rioters ripping away the fence being used to keep the crowd out of the Capitol. At 30 seconds into the video, it shows the fence first being pulled away by rioters. At 33 seconds into the video, (as shown within an added red box), Quaglin and others can be seen carrying away the stolen fence as MPD officers rush forward to get it back.

5. **Exhibit E** – Exhibit E is a BWC video clip from around 2:34 p.m. At 4 seconds into the video, an unidentified rioter pushes down a USCP officer. Another officer steps in front of the fallen officer. At 6 seconds into the video, as shown in the still below with a red square added around him, Quaglin can then be seen lunging forward and pushing that officer. The MPD officer wearing the BWC gets between them. Seconds later he throws his shield to the ground. Additional officers drop their shields and Quaglin and other unidentified individuals can then be seen picking up the shields and passing them backwards.



6. **Exhibit F** - Exhibit F is a BWC video clip from a different MPD officer at 2:36 p.m., when most of the officers had fallen back into a stairwell behind them. Around 20 seconds into the video, Quaglin once again can be seen lunging at an MPD Officer. Other rioters then pull Quaglin back and guard the officers as the officers fall back into a stairwell.[2]

7. **Exhibit G**- Exhibit G is YouTube Video 1, which shows a large group of rioters that attempted to break through the line of uniformed law enforcement officers who were in place to prevent rioters from entering the Lower West Terrace doors of the United States Capitol.

    - The video covers a timespan of approximately 2:51 p.m. to 3:20 p.m. Based on USCP surveillance footage, around 3:03 p.m., Quaglin entered this small tunnel leading to the Lower West Terrace doors and joined the group attempting to break past law enforcement officers guarding the door. As can be seen in the still from that surveillance footage below (from around 3:03 p.m.), the tunnel leading to the Lower West Terrace doors is a very small space. Indeed, the photojournalist filming the video, circled in blue in the still below, was separated by only a few people from Quaglin, in the red box in the still below.



    - Quaglin remained at the forefront of that group (and only feet from the

---

[2] The audio on this BWC appears to have been malfunctioning, as a result you cannot hear what is being said. It appears that towards the end of the video (after the lunging described above) Quaglin may be trying to get the officers' attention to a person on the ground while other rioters put their arms out and tell the officers to go back.

photojournalist filming the video) until they were all pushed out of the tunnel around 3:20 p.m. (This is shown in the still below from around 3:18 p.m., with Quaglin again outlined in a red box and the photojournalist in a blue circle.)



- As a result, although Quaglin is not always visible in every shot of the video, from 12 minutes into the video onwards, all of the video is relevant to Quaglin's conduct inside that small space. Even where the video does not show his specific actions, it shows who and what he was assisting – the other rioters at the front of the line visibly fighting with law enforcement, the other rioters using OC spray on the officers, the other rioters ripping shields away from officers, and the other rioters using all of their collective might to push through the line even as an officer is pinned against the door screaming.

- The video also specifically captures some of Quaglin's actions in combatting law enforcement that day at multiple points throughout the video, as outlined below. (Where possible, the undersigned added a red box to indicate Quaglin in the video.) Specifically:

    o At 13:02, just after someone who had been taking photos says "I am out, I am out" and leaves the tunnel, Quaglin is visible near the front of the line of rioters. He can be seen bracing with his right arm around 13:15 as others yell "push." After rioters successfully rip away a shield from the officers, Quaglin is again briefly visible at the front of the line around 14:52.

    o At 15:20, first the top of Quaglin's helmet is visible, and then,

5

- from 15:29 to 15:52, Quaglin raises his arm and sprays orange gel from the OC canister in his hand. He appears to be aiming for the faces of the officers in front of him and repeatedly moves his arm around, as if to try to get a better angle. At 15:46, he takes advantage of the fact that an officer momentarily lowered his shield and sprays directly into the face of the officer just a few feet in front of him.

  o From 15:53 to 16:25, a rioter behind him begins directing everyone to "make a shield wall" and rioters begin moving to the front of the line with shields. Quaglin remains visible at the front of that line as this occurs.

  o At 16:42, rioters move a shield in front of Quaglin, and to his right another rioter uses what appears to be a cattle prod against the officers. From 16:48 to 19:20, the camera shifts behind one of the doors and the view of Quaglin becomes obstructed.

  o From 19:24 to 19:37, portions of Quaglin's arm and helmet can be seen just behind the rioter directly in front of the camera. (*As this portion of the video covers the timeframe from around 3:11 p.m., it corresponds to Exhibit H which captures a better view of Quaglin using a stolen shield against law enforcement officers.*)

  o From 19:46 to 19:58, Quaglin can again be seen pushing up against officers with the stolen riot shield.

  o From 20:04 to 20:06, Quaglin can again be seen pushing up against officers with the stolen riot shield as another rioter sprays the officers with an orange chemical (meaning Quaglin and the others with the shields effectively blocked officers from being able to respond to the person spraying them). From 20:07 to 20:36, the camera shifts again and the view of Quaglin becomes obstructed.

  o From 20:36 to 20:46, an unidentified rioter tries to rip the mask off the face of an MPD Officer as he pinned in the doorway by a separate rioter with a shield. Quaglin can be seen just to the right of that rioter pushing up against officers with the stolen riot shield (meaning the officers dealing with Quaglin were not able to assist the MPD Officer).

  o From 20:47 to 21:04, Quaglin can be seen in the same location at the front of the line trying to push through law enforcement as the entire group of rioters yell "heave ho" and put their collective

    mass behind him and the others.

- From 21:09 to 21:27, MPD Officer is being squashed by that same rioter with a shield and screams for help. Quaglin is not visible on the screen, but based on the rest of the video, seems to have remained to just the right of that rioter.

- From 21:28 to 21:55, Quaglin can be seen standing to the right of that rioter and no longer is pushing against the officers with a stolen shield.

- From 23:04 to 23:59, Quaglin can be seen once again at the front of the line with a shield but is no longer pushing up against the line of officers. He stands to the side as the person next to him tries to talk the officers into going inside to arrest those in Congress. For the remainder of the video, Quaglin can only briefly be seen to the side once. Given his position, it is not clear from this video or other ones currently known to the government if Quaglin assists in the joint effort of the other rioters in the video to once again collectively use their might to push against the officers as a group.

- **Exhibit H** - Exhibit H is another YouTube video believed to be filmed around 3:11 p.m. based on a comparison to USCP surveillance footage. The video captures the same events shown around 19:24 in Exhibit G at a different angle. Quaglin can be seen using a stolen shield to push up against law enforcement officers. The shield then hits an MPD officer in the side of the neck and face, as Quaglin and other rioters twist the shield to the side.

- **Exhibit I**- Exhibit I[3] is a video posted to Qauglin's social media account on January 6, 2021. In the video, Quaglin, can be seen walking towards the Capitol and holding a gas mask in the same outfit that Quaglin is seen wearing in the footage described above. Quaglin states "Trump is speaking and everyone is walking there. And I am walking there [showing the Capitol building to camera]. And I am ready [showing his gas mask in hand]. We will see how it goes. Proud of your boy." (Because the related social media account was deleted shortly afterwards, law enforcement was not able to determine the exact time this video was

---

[3] In the government's detention memo, the undersigned mistakenly referred to this video as Exhibit H in paragraph 30, the subsequent video as Exhibit I in paragraph 31, and the final video as Exhibit J in paragraph 32. That was a mistake. They should have been referred to as Exhibit I, J, and K, as described herein and labeled on the Exhibits provided to the court.

recorded, although it would have been presumably before he reached the line and was captured on the BWC in Exhibit A.)

- **Exhibit J-** Exhibit J is a video posted to Qauglin's social media account on January 6, 2021. In the video, shot after Quaglin had returned to his hotel and changed out of the red, white and blue hoodie, Quaglin notes: "When you guys see the footage, I was the guy in the red, white, and blue uhh hoodie and the black helmet…I'm absolutely on a loop on Fox News…I got punched pretty good…It was a great time, I got bumps and bruises." In that video, Quaglin appears to be standing in the alleyway immediately adjacent to the Motto Hotel at 627 H Street NW, Washington, D.C. in the evening hours after the riot on January 6, 2021.

- **Exhibit K-** Exhibit K is a video posted to Qauglin's social media account on January 6, 2021. Quaglin appears shirtless with a large tattoo visible on his chest and on his arm as he narrates while cooking a steak in his shower. Quaglin states, "It's the first step . . . I'm exhausted, I've been pepper sprayed like twenty fucking times, I'm sure I'm going to make the news."

Respectfully submitted,

CHANNING D. PHILLIPS
Acting United States Attorney
D.C. Bar No. 415793

By: /s/

MELISSA JACKSON
Assistant United States Attorney
D.C Bar Number 996787
United States Attorney's Office
555 Fourth Street, N.W.
Washington, D.C. 20530
Telephone: (202) 815-8585
Email: Melissa.Jackson@USDOJ.GOV

9