UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Criminal No. 21-MJ-355 |
| | : | |
| **CHRISTOPHER JOSEPH QUAGLIN,** | : | |
| | : | |
| **Defendant,** | : | |

### GOVERNMENT'S SECOND SUPPLEMENTAL MEMORANDUM IN SUPPORT OF PRE-TRIAL DETENTION

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully submits this second supplemental memorandum in support of its motion that the defendant, Christopher Joseph Quaglin, be detained.

In a supplemental motion, the government mis-stated the time associated with Exhibits B, C, and D. After both comparing the footage to timestamps on multiple body worn camera videos showing the corresponding events from a different angle and reaching out to USCP officers involved in filming the videos, the government confirmed that the timestamp on the videos for Exhibits B, C, and D is one hour and 3 minutes fast. The corrected times of each exhibit are therefore listed below:

- Exhibit B – 1:08 p.m.
- Exhibit C -  1:11 p.m.
- Exhibit D - 1:14 p.m.

1

Respectfully submitted,

CHANNING D. PHILLIPS
Acting United States Attorney
D.C. Bar No. 415793

By: /s/

MELISSA JACKSON
Assistant United States Attorney
D.C Bar Number 996787
United States Attorney's Office
555 Fourth Street, N.W.
Washington, D.C. 20530
Telephone: (202) 815-8585
Email: Melissa.Jackson@USDOJ.GOV