

# The Law Offices of Carlos Diaz-Cobo

**35 Court Street**  **57 Paterson Street**
**Freehold, NJ 07728**  **New Brunswick, NJ 08901**
(Main Office)  (By Appt. Only)  *Monday-Friday 9am to 5pm*

*Certified Criminal Trial Attorney*  **(732) 249-1125 Ph**  *Saturday by Appointment Only*
  **(732) 249-1104 Fx**  *Se Habla Espanol*
  www.CdcEsq.com

___

April 14, 2021

Honorable Chief Judge Beryl A. Howell
U.S. District Court, District of Columbia
333 Constitution Avenue N.W.
Washington D.C. 20001

　　　　　　　　　　　　　　Re:　　U.S. v. CHRISTOPHER QUAGLIN
　　　　　　　　　　　　　　　　　Criminal No: 21-MJ-355
　　　　　　　　　　　　　　　　　Supplemental Submission for Release

Dear Judge Howell:

Please accept this letter as additional information that has come to our attention that the Court can consider when deciding whether or not to grant Mr. Quaglin's release pending trial.

The Defense believes that the unsecured bond in the amount of $75,000 with co-signor Moira Quaglin and the stringent conditions imposed by U.S. District Court Magistrate Zahid N. Qureshi are sufficient to ensure that our client, Mr. Quaglin, will abide by the conditions, appear in court, and not pose a threat to the community.  Please be advised, however, that Mr. Quaglin's parents, Robert Quaglin and Jane Quaglin, who submitted character reference letters in support of Mr. Quaglin (see Exhibits D1 and D2 attached to the Defense Response to the Government's Memorandum filed April 12, 2021) are willing to sign a bond for an additional $75,000 in support of Mr. Quaglin's release.  Robert and Jane Quaglin own their own house with no encumbrances.

Additionally, Mr. Quaglin's wife's parents, Maryann McLoughlin and Michael O'Donnell, who jointly submitted a character reference letter in support of Mr. Quaglin (see Exhibit D5 attached to the Defense Response to the Government's Memorandum filed April 12, 2021) are also willing to sign a bond for an additional $75,000 in support Mr. Quaglin's release.  Ms. McLoughlin and Mr. O'Donnell also own their home with no encumbrances.

With these additional four individuals, the amount of the bond can be raised to $225,000 should the Court deem it necessary.

　　　　　　　　　　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　　s/ Carlos Diaz-Cobo

　　　　　　　　　　　　　　　　　　　　Carlos Diaz-Cobo, Esq.

cc　　A.U.S.A. Melissa Jackson, Esq.