UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| **v.** : | Case No. 21-MJ-355 |
| : | |
| **CHRISTOPHER JOSEPH QUAGLIN,** : | |
| **Defendant.** : | |

### ORDER DELAYING DEFENDANT'S TRANSPORT TO THE DISTRICT OF COLUMBIA

Upon defendant's oral motion, and without any opposition from the government, it is hereby **ORDERED** that defendant's transport from New Jersey to the District of Columbia is to be delayed in order to more readily facilitate defendant's consultation with counsel since defendant's necessary participation in court proceedings may be accomplished remotely. The United States Marshals Service is directed not to transport defendant to the District of Columbia until further Order of this Court.

DATE: April 16, 2021

BERYL A. HOWELL
CHIEF JUDGE, UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF COLUMBIA